# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **In the Matter of the Seizure of**<br>Any and all currency (both United States and foreign) and other financial or monetary instruments, such as bank checks, cashier's checks, or negotiable financial instruments, located at business of The Welltown Group, Inc. d/b/a Dollar Stretcher, 330 Welltown Road, Winchester, Virginia | **SEIZURE WARRANT**<br><br>CASE NUMBER: 3:15 mj 47<br><br>**FILED**<br><br>SEP 16 2015<br><br>U.S. DISTRICT COURT-WVND<br>MARTINSBURG, WV 25401 |

TO:   Sara Brady and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Sara Brady, who has reason to believe that in the Western District of Virginia there is now certain property which is subject to forfeiture to the United States, namely

Any and all currency (both United States and foreign) and other financial or monetary instruments, such as bank checks, cashier's checks, or negotiable financial instruments, located at business of The Welltown Group, Inc. d/b/a Dollar Stretcher, 330 Welltown Road, Winchester, Virginia

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to Robert W. Trumble, United States Magistrate as required by law

August 17, 2015 at 4:28 p.m.
Date and Time issued

_Signature of Judicial Officer_

Martinsburg, West Virginia
City and State

ROBERT W. TRUMBLE, U.S. Magistrate
_Name & Title of Judicial Officer_

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>8/18/15 | DATE AND TIME WARRANT EXECUTED<br>8/18/15  1400 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>left at premises |
| INVENTORY MADE IN THE PRESENCE OF<br>S/A Dennis Scheffel, HSI |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>$121,707 |||

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Sara K Brophy*

Subscribed sworn to, and returned before me this date.

*[signature]*                                                                 9/16/15
ROBERT W. TRUMBLE, United States Magistrate          Date